**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

UNITED STATES OF AMERICA                                                                        PLAINTIFF

    v.                    Criminal No. 11-20019-001

CELENIA MENDEZ-LOBOS                                                                            DEFENDANT

**ORDER**

    Currently before the Court is the Motion for Continuance (Doc. No. 17) filed by defendant. The Government advised it has no objection to the motion. It appearing to the Court that the motion should be granted, it is ordered that the motion be, and it is hereby, GRANTED, and the case is re-set for trial on May 23, 2011, at 9:00 a.m.

    The Court grants this continuance based on its findings that the ends of justice served by granting the continuance outweigh the best interest of the public and defendant in a speedy trial. Otherwise, defendant's counsel would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). The time between the originally scheduled trial date of April 12, 2011, and the re-set trial date of May 23, 2011, is excludable for speedy trial purposes. *Id.*

    IT IS SO ORDERED this 4th day of April, 2011.

                                           */s/Paul K. Holmes, III*
                                           **PAUL K. HOLMES, III
UNITED STATES DISTRICT JUDGE**